

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-22-00168-CV

**IN THE MATTER OF J. E. R-P**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2021JV1000086L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

This is an accelerated appeal from an order waiving jurisdiction of the juvenile court and transferring the juvenile to criminal district court. The court reporter has filed a notification of late record, requesting an extension to April 29, 2022. We GRANT the court reporter an extension and ORDER the reporter's record to be filed by April 29, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court